U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50132-01 |
| versus | JUDGE WALTER |
| PATRICK PARISH | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **PATRICK PARISH** on October 30, 2006 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_12\_\_ day of \_\_Feb\_\_, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PRESENT:  
HON. __MARK L. HORNSBY_____ JUDGE  
    __Barbara Simpson_____ COURT REPORTER  
    __Denise McDonnell_____ MINUTE CLERK  

DATE      : October 30, 2006

TIME IN COURT:  30 Minutes

## MINUTES OF COURT

CRIMINAL NO. : 06-50132-01

MAG. CASE NO.: NONE

DEFENDANT    : PATRICK PARISH

GOVERNMENT COUNSEL: MARY MUDRICK

DEFENSE COUNSEL    : BETTY MARAK

(X) PUBLIC DEFENDER    ( ) RETAINED    ( ) CJA    ( ) WAIVED

_X_ Defendant in custody
___ Defendant on bond, bond continued
___ Bond canceled
___ Personal Recognizance Bond
___ Bond not made, remanded to custody
___ Conditions of release signed (AO 199)
___ Appearance Bond signed (AO 98)
___ Failed to appear, warrant ordered
___ Agent testified

_X_ CASE CALLED FOR CHANGE OF PLEA on _X_ Indictment

   _X_ Defendant under oath
   _X_ Defendant consented to the entry of a felony guilty plea before the Magistrate Judge, who finds that the record adequately establishes a factual basis for the plea
   _X_ Filed Plea Agreement, Affidavit of Understanding of Maximum Penalty, Elements of the Offense and Factual Basis
   _X_ Defendant advised of Rule 11 rights
   _X_ Recommended that the Plea of Guilty to Count 1 be accepted. Any objections to the recommendation of the Magistrate Judge shall be filed in writing within 10 days.
   _X_ Presentence investigation ordered
   _X_ The Court Reporter is ordered to prepare a transcript of the guilty plea to be delivered to Chambers of the Magistrate Judge. The transcript will be delivered by the Magistrate Judge to the District Judge for his review.
   _X_ SENTENCING set for March 1, 2007 at 10:00 a.m. before Judge Donald E. Walter

GOVERNMENT WITNESS: NONE

COMMENTS:

The Government's Motion for a one-point reduction under U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility) is contained in the plea agreement.

The Court ordered the defendant to return for sentencing.